UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Movant,<br><br>    v.<br><br>ERIC WIENCKOWSKI,<br><br>    Respondent. | Misc. No. 7:22-mc-00164 |

### ERIC WIENCKOWSKI'S NOTICE OF MOTION TO TRANSFER UNITED STATES' MOTION TO COMPEL AND MOTION TO STAY RESPONSIVE DEADLINES PENDING RULING

Eric Wienckowski, by and through his undersigned counsel, hereby moves to transfer the United States' Motion to Compel Compliance with Non-Party Subpoena and also moves to stay the responsive deadlines related to the United States' Motion to Compel pending a ruling on the Motion to Transfer. As explained in the accompanying memorandum of law, Mr. Wienckowski desires that the United States' motion to be heard by the three-judge panel where the underlying litigation is pending, and the United States does not oppose the transfer. Mr. Wienckowski also requests that the Court stay the responsive deadlines pending the Court's ruling on the Motion to Transfer.

Respectfully submitted,

/s/*David Cohen*
David M. Cohen
BUTLER SNOW LLP
810 7th Avenue, Suite 1105
New York New York 10019
(646) 606-2995
David.cohen@butlersnow.com

Scott K. Field
(*pro hac vice* application forthcoming)
BUTLER SNOW LLP
1400 Lavaca St., Suite 1000

Respondent represents in his Motion to Transfer Venue to the Western District of Texas, El Paso Division, that Movant does not oppose the motion. (*See generally* Doc. 11; Doc. 12).

The parties are, accordingly, directed to file a Proposed Stipulation and Order transferring this matter to the Western District of Texas, El Paso Division, forthwith.

Insofar as Respondent seeks a stay of the deadline to respond to the pending motion to compel, that request is denied.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 12.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       June 23, 2022

Austin, TX 78701
(737) 802-1816
Scott.field@butlersnow.com

*Counsel for Eric Wienckowski*

2