UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Movant,<br><br>    v.<br><br>ERIC WIENCKOWSKI,<br><br>    Respondent. | Misc. No. 7:22-mc-00164 (PMH) |

### Order

Having considered the Parties' Stipulation and Proposed Order to Transfer Case to the Western District of Texas, El Paso Division Where Underlying Litigation Is Pending, and finding that Eric Wienckowski, the person subject to the subpoena, consents to such transfer, the Court TRANSFERS this action to ~~Judge David C. Guaderrama, on behalf of the Three-Judge Panel.~~ **the Western District of Texas, El Paso Division.**

DATE: ~~June 23, 2022.~~
**June 24, 2022**
**White Plains, New York**

_____
HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE

64806034.v1